**Order entered January 8, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00666-CR

## EX PARTE MICHAEL DWAYNE WILLIAMS

**On Appeal from the County Criminal Court No. 10
Dallas County, Texas
Trial Court Cause No. MC18-A5804**

## ORDER

On November 26, 2019, the Clerk of the Court received from appellant a "motion for en banc reconsideration." In his motion, appellant seeks reconsideration of the Court's October 23, 2019 order that the appeal be submitted without appellant's brief. Appellant filed his motion pursuant to rule 47.9 of the rules of appellate procedure. *See* TEX. R. APP. P. 47.9 (providing a procedure for en banc reconsideration of final decisions in the court of appeals). Because the Court has not rendered a decision in this appeal, we **DENY** the motion as premature.

After reviewing the history of this appeal and appellant's explanation in the motion for why he did not file his brief when it was due, the Court will grant relief on its own motion. The Court **VACATES** its October 23, 2019 order that this appeal be set for submission without appellant's brief. We **EXTEND** the time to file appellant's brief until **March 9, 2020**. The State's brief will be due thirty days after appellant files his brief. *See* TEX. R. APP. P. 31.1(a), 38.6(b).

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to counsel for the State. We further **DIRECT** the Clerk of the Court to transmit a copy of this order, by first class mail, to Michael Dwayne Williams; TDCJ No. 02013533; Sanders Estes Unit; 1100 Highway 1807; Venus, Texas 76084.

/s/    CORY L. CARLYLE
        JUSTICE